IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JERRY CHAMPION**                                                                                    **PLAINTIFF**
**ADC #91354**

v.                              Case No. 5:13-cv-00242-KGB/HDY

**WILLIAM WARREN,** *et al*.                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 27) and the objections filed by plaintiff Jerry Champion (Dkt. No. 29). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that Mr. Champion's motion for partial summary judgment is denied (Dkt. No. 22).

SO ORDERED this the 2nd day of June, 2014.

_____
Kristine G. Baker
United States District Judge