IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **JERRY CHAMPION,**<br><br>                          Plaintiff,<br><br>v.<br><br>**WILLIAM S. WARREN,** et al.,<br><br>                          Defendants. | Case Number<br>5:13-CV-242 KGB-HDY<br><br><br>**ANSWER**<br>Of William S. Warren |

    1.    William S. Warren , M.D., denies the allegations in paragraphs 1.B., and as much of paragraph VII as alleges that Dr. Warren ever treated or mistreated the plaintiff; Dr. Warren has never seen or heard of the plaintiff and was not deliberately indifferent to his medical needs.

    2.    Dr. Warren lacks knowledge or information sufficient to form a belief as to the truth of the remainder of Mr. Champion's complaint.

    3.    Dr. Warren is not a prison physician and has never treated any inmate at Cummins Unit (or any other prison). On information and belief, Dr. Warren asserts that a William *Albert* Warren, M.D., of Star City has treated Cummins Inmates.

DATE: February 3, 2015

                                           /DRAKE MANN/
                                           Drake Mann, Arkansas Bar Number 87108
                                           GILL RAGON OWEN, P.A.
                                           425 West Capitol Avenue, Suite 3800
                                           Little Rock, Arkansas 72201
                                           mann@gill-law.com
                                           (501) 376-3800

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Carl F. "Trey" Cooper, III, Esquire
Dover Dixon Horne, PLLC
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas 72201

/DRAKE MANN/
Drake Mann, Arkansas Bar Number 87108
Attorney for William S. Warren, M.D.
GILL RAGON OWEN, P.A.
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
(501) 376-3800
mann@gill-law.com