To THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY CHAMPION
A.D.C # 91354          PLAINTIFF

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 25 2015
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

5:13-CV-00242-KGB-HDY

V.

WILLIAM WARREN
And

ESTELLA BLAND          DEFENDANTS

MOTION FILE BY PLAINTIFF TO SHOW THE FALSE ALLEGATION ABOUT THE FACTS FOR WILLIAM WARREN NAME THAT THE DEFENDANT ARE MAKEING UP.

I JERRY CHAMPION # 91354 ARE SHOWING THE TRUE FACTS ABOUT THE DENFENDANT NAME IN THIS MEDICAL CLAIMS WHO ARE WILLIAM WARREN WHO WORK AT THE Cummins UNIT OVER THE YEARS AND WHEN THE PLAINTIFF STARTED THIS MEDICAL CLAIMS I WAS TOLD TO SPELL HIS NAME WILLIAMS WARREN And THE S ARE AT THE End ARE WILLIAMS LIKE THAT IT ARE NOT LIKE THIS WILLIAM S. WARREN. IN THIS HOLD CASE FROM THE START TO THE End PLAINTIFF ALWAYS SAY DOCTOR WILLIAMS WARREN WHO WORK AT THE Cummins UNIT AND THIS CASE WILL SHOW THAT THIS CASE HAVE BEEN GOING ON FOR OVER A YEAR,, NOW IF THAT THE CASE I SPELL THIS NAME WILLIAMA AND I HAVE SPELL WILLIAM WARREN NAME WRONG ALOT ARE TIME BUT

THE COURT KEEPS THIS CASE GOING ON FOR OVER A YEAR ARE MORE And THE COURT Can Look AT THIS CASE REAL Good THE PLAINTIFF NEVER SAIDE WILLIAM S. WARREN IF Any THANG I THE PLAINTIFF MAY HAVE PUT D.R WILLIAMS WARREN IT DO NOT SAY WILLIAM S. WARREN And Look AT THIS NAME I NEVER SAID WILLIAM A. WARREN BUT THIS CASE HAVE WENT ON AND ON AS WILLIAM ARE WILLIAMS WARREN. IT HAVE ALWAYS BEEN ABOUT D.R WILLIAM WARREN WHO WORK AT THE Cummins Unit MEDICAL STAFF And ALL PLAINTIFF PAPER WORK FROM THE COURT And FROM PLAINTIFF THE COURT HAVE A PROVE BY THE COURT And FROM THE BEGINING THIS CASE HAVE STARTED FROM THE BEGINING TO THE END on WILLIAM WARREN And ESTELLA BLAND,, BUT NOW I GET SomeThing FROM THE COURT TELLING ME SomETHING ABOUT A WILLIAM S. WARREN And A WILLIAM A. WARREN And NEITHER NAME HAD THE MIDDLE NAME LETTER IN THE LAWSUITE; ALL THAT THE COURT HAVE TO DO IS Look AT ALL THE Documentation And THE COURT WILL SEE How THE Documentation HAVE BEEN DRAW UP FROM THE BEGINNING TO THE END And THE PLAINTIFF ARE ASKING THE COURT TO GRANT THIS MOTION FOR THIS CASE TO GO ON TO A PRE-JURY HEARING. PLEASE Look AT THE NAME How IT ARE SPELL WHEN THIS CASE WAS FIRST FILE And THIS NAME SHOULD STAY THE SAME BECAUSE WHEN THIS CASE WAS FILE THE NAME WAS WILLIAM WARREN ARE WILLIAMS WARREN WHO WORK AT THE Cummins UNIT,, And THIS CASE WAS FILE ON WILLIAM WARREN And A.p.n ESTELLA BLAND WHO NEED TO BE TRIAL IN COURT,,

RESPECTFULLY
SUBMITTE

DATE-2-23-015

JERRY CHAMPION