IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JERRY CHAMPION**                                                                                          **PLAINTIFF**
**ADC #91354**

v.                                    Case No. 5:13-cv-00242-KGB

**WILLIAM WARREN,** *et al*.                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 51). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The Court grants defendant Estella Bland's motion for summary judgment (Dkt. No. 42). The Court dismisses with prejudice plaintiff Jerry Champion's claims against Ms. Bland, and Ms. Bland is removed as a party defendant.

SO ORDERED this the 30th day of March, 2015.

_____
Kristine G. Baker
United States District Judge