IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JERRY CHAMPION**                                                                                                     **PLAINTIFF**
**ADC #91354**

v.                                    Case No. 5:13-cv-00242-KGB

**WILLIAM WARREN**                                                                                                   **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation ("Recommendation") filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 156). Plaintiff Jerry Champion has filed an objection to the Recommendation (Dkt. No. 157). After careful review of the Recommendation, the timely objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, it is so ordered that:

1. The Recommendation is approved and adopted (Dkt. No. 156).

2. Defendant William Warren's motion for summary judgment is granted (Dkt. No. 145).

3. Mr. Champion's motion for summary judgment is denied (Dkt. No. 148).

4. Mr. Champion's claims are dismissed with prejudice.

5. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 16th day of May, 2016.

_____
Kristine G. Baker
United States District Judge